**Billy LAND, Plaintiff–Appellant,**

v.

**Benita Walker GIBBS, Attorney at Law, Defendant–Appellee.**

No. 01–7876.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 6, 2002.

Billy Land, Appellant Pro Se.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Billy Land, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915A (West Supp.2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Land v. Gibbs,* No. CA–01–804–5–BO (E.D.N.C. Oct. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*